PETITION FOR WRIT OF
* HABEAS CORPUS PETITION *

IN THE UNITED STATES DISTRICT COURT FOR THE

MIDDLE DISTRICT OF ALABAMA

2005 JUN 30 A ?:50

### AFFIDAVIT IN SUPPORT OF REQUEST TO PROCEED IN FORMA PAUPERIS

James L. Boyington #235843
Plaintiff(s)

CA: 2:05CV620-T

v.

Warden. J.C. Giles, et. al.
Defendant(s)

I, __James L. Boyington__, being first duly sworn, depose and say that I am the plaintiff in the above entitled case; that in support of my motion to proceed without being required to prepay fees, costs, or give security therefor, I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefor; that I believe I am entitled to relief. I recognize that I may be prosecuted for any false statement which I may make herein.

I further swear that the responses which I have made to questions and instructions below are true.

1. Are you presently employed?    Yes ( )    No (✱)

    A. If the answer is YES, state the amount of your salary or wages per month, and give the name and address of your employer. __N/A__

    B. If the answer is NO, state the date of last employment and the amount of salary or wages per month, and give the name and address of your employer. __2003 / SELF EMPLOYED / APPROXIMATELY 800.00 PER MONTH__

2. Have you received within the past twelve months any money from any of the following sources?

    A. Business, profession, or form of self-employment?    Yes ( )    No (✱)

    B. Rent payments, interest, or dividends?    Yes ( )    No (✱)

    C. Pensions, annuities, or life insurance payments?    Yes ( )    No (✱)

    D. Gifts or inheritances?    Yes ( )    No (✱)

    E. Any other sources?    Yes ( )    No (✱)

    If the answer to any of the above is YES, describe each source of money and state the amount received from each during the past twelve months. __N/A__

3. Do you own cash, or do you have money in a checking or savings account? [Include any funds in prison accounts].    Yes ( )    No (✶)

If the answer is YES, state the total value of the items owned. ___N/A___

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property [excluding ordinary household furnishings and clothing]?    Yes ( )    No (✶)

If the answer is YES, describe the property and state its approximate value. ___N/A___

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support. ___TWO DEPENDANTS IN THE EQUIVALENCE OF MONTHLY CHILD SUPPORT / PENDING RELEASE___

_James L. Boyington_
Signature of Affiant
A.I.S. # 235843

STATE OF ALABAMA    )
COUNTY OF ___Barbour___ )

Before me, a Notary Public in and for said County, in said State, personally appeared ___James Boyington___, whose name is signed to the foregoing complaint, who being first duly sworn, deposes on oath and says:

That the information set forth in the foregoing affidavit is true and correct to the best of his knowledge and belief.

_James L. Boyington_
Signature of Affiant

Sworn to and subscribed before me on this _25_ day of _June_, 20_05_.

_Carolyn R. Abercrombie_
NOTARY PUBLIC

_Barbour_ County, Alabama
My Commission Expires: _____

My Commission Expires August 18, 2007

O R

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  June 22nd, 2005 .
   (date)

James L Boyington
Signature of Affiant

A.I.S. # 235843

### CERTIFICATE

I hereby certify that the plaintiff herein has the sum of $ ¢13 on account to his credit at the Ventress institution where he is confined. I further certify that plaintiff likewise has the following securities to his credit according to the records of said institution:

N/A

I further certify that he has had the average sum on account at this institution as of the first day of each month of the immediate preceding months [not to exceed six (6) months].

A. $_____ on the first day of  JANUARY, 2005
B. $_____ on the first day of  FEBRUARY, 2005
C. $_____ on the first day of  MARCH, 2005
D. $  See     on the first day of  APRIL, 2005
E. $ attached on the first day of  MAY, 2005
F. $_____ on the first day of  JUNE, 2005

Computed monthly balances attached

Authorized Officer of Institution

Date: 6/24/05

```
                    STATE OF ALABAMA
                 DEPARTMENT OF CORRECTIONS
                    VENTRESS CORR FAC

AIS #: 235843     NAME: BOYINGTON, JAMES L              AS OF: 06/23/2005
```

| MONTH | # OF DAYS | AVG DAILY BALANCE | MONTHLY DEPOSITS |
|---|---|---|---|
| JUN | 7  | $0.00  | $0.00 |
| JUL | 31 | $0.00  | $0.00 |
| AUG | 31 | $14.04 | $100.00 |
| SEP | 30 | $3.96  | $0.00 |
| OCT | 31 | $0.18  | $0.00 |
| NOV | 30 | $0.18  | $0.00 |
| DEC | 31 | $2.11  | $30.00 |
| JAN | 31 | $22.08 | $0.00 |
| FEB | 28 | $0.00  | $0.00 |
| MAR | 31 | $0.73  | $17.88 |
| APR | 30 | $0.13  | $0.00 |
| MAY | 31 | $0.13  | $0.00 |
| JUN | 23 | $0.13  | $0.00 |

| State of Alabama<br>Unified Judicial System<br>Form C-10  Rev 6/88 | AFFIDAVIT of SUBSTANTIAL<br>HARDSHIP and ORDER | Case Number |
|---|---|---|

IN THE __llo So District__ COURT OF __Montgomery__ COUNTY

Plaintiff/State          v. Defendant

RECEIVED
2005 JUN 30 A 9:30

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DIST. ALA.

IN THE MATTER OF:

TYPE OF PROCEEDING:          CHARGE:

☐ CIVIL CASE--I, because of substantial hardship, am unable to pay the docket fee and service fees in this case. I request that payment of these fees be waived initially and taxed as costs at the conclusion of the case.

☐ CIVIL CASE (such as paternity, support, termination of parental rights) -- I request an attorney be appointed for me.

☒ CRIMINAL CASE--I am financially unable to hire an attorney and request that the Court appoint one for me.

## AFFIDAVIT

**INCOME/EMPLOYMENT**

A. Do you have a job or work for yourself? ___Yes _X_No
   Employer's name and address _____
   How much money do you take home each week? + $ 0

B. If unemployed, give month and year of last employment and amount earned per month __July, 2003__ $ 800.00

C. Does your husband or wife have a job? ___Yes _X_No
   Employer's name and address __N/A Divorced__
   How much money does he/she take home each week? + $ 0

D. Do you receive money or benefits from any other source? ___Yes _X_No
   (Example: retirement pay, social security, workmen's compensation, unemployment compensation, food stamps, rent payments, interest, dividends, etc.)
   How much do you receive each month? + $ 0

**ASSETS**

A. Do you have any money in any bank, savings and loan, credit union, or any other place, including cash on hand? ___Yes _X_No
   Where? _____ How much? + $ 0

B. Do you own anything else of value? (Land, house, boat, television, stereo, jewelry, car, truck, van, stocks, bonds, etc.) ___Yes _X_No
   What? __None of the above__
   Total Value + $ 0

**DEPENDENTS**

A. Are you: ___Single ___Married ___Widowed _X_Divorced ___Separated?

B. Do you have any dependents? _X_Yes ___No
   Who and what relationship? __Daughters: Jaci Nicole Bovington__
   __Barbera Jean Nicole Garland__
   __* Child Support in Arrearages *__

N957

| | What does it cost you to live each month? | | $ ∅ |
|---|---|---|---|
| D E B T S | **Creditor** | **Total Debt** | **Monthly Payment** |
| | Loans | | |
| | Charge Accounts | | |
| | House or rent payments | | |
| | Alimony | | |
| | Support | | |
| | Car payment | | |
| | Groceries | | |
| | Utilities | | |

In support of this request, I have answered the above questions relating to my ability to pay. I swear that these answers are true and reflect my present financial status. I understand that a false statement or answer to any questions in this affidavit will subject me to penalties for perjury.

I further understand and acknowledge that if the Court appoints an attorney to represent me, the Court may require me to pay the fees and expenses of my court-appointed-counsel.

Sworn to and subscribed before me this

28TH day of JUNE, 2005

*Carolyn Abercrombie*
Notary   My Commission Expires August 18, 2007

*James J Bojinski*
Affiant Signature

## ORDER

IT IS ORDERED THAT THE FOREGOING REQUEST BE:

☐ GRANTED          ☐ DENIED

**APPOINTMENT OF ATTORNEY:**

IT IS THEREFORE, ORDERED AND ADJUDGED BY THE COURT THAT _____

_____ Attorney at Law, be and is hereby appointed as counsel to represent, assist and defend in this (these) case(s).

It is further ordered that the Court reserves the right and may order reimbursement of attorney's fees and expenses, approved by the Court and paid to the appointed counsel.

DONE this _____ day of _____, 19 _____

_____
Judge